UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| WELLS FARGO CAPITAL FINANCE, INC., formerly known as Wells Fargo Foothill, Inc., a California corporation, as Administrative Lender and Agent on behalf of itself, Bank of America, N.A., and The CIT Group/Business Credit, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>NORTH PACIFIC GROUP, INC., an Oregon corporation; NOR PAC ENTERPRISES, INC., an Oregon corporation; RTH LUMBER CO., an Oregon corporation; and BURNS HOLDINGS, INC., a dissolved Oregon corporation<br><br>Defendants. | CV No. 10-cv-00065 KI<br><br>FINAL JUDGMENT OF DISMISSAL OF CLAIMS OF PLAINTIFF WELLS FARGO CAPITAL FINANCE, INC.<br>[~~Proposed~~] |

Page 1 -   Final Judgment of Dismissal of Claims of Plaintiff Wells Fargo Capital Finance, Inc. [Proposed]

PDXDOCS:1935707.3

This judgment is based on the Stipulation For Judgment of Dismissal of Claims of Plaintiff Wells Fargo Capital Finance, Inc. Pursuant to Fed. R. Civ. P. 54(b), the court expressly determines that there is no just reason for delay and directs that this judgment is a final judgment. The court relies on the facts of this case and the authority of <u>Securities and Exchange Commission v. Capital Consultants LLC</u>, 453 F.3d 1166, 1174-75 (9th Cir. 2006), which shows that in the receivership context entry of a final judgment pursuant to Fed. R. Civ. P. 54(b) provides a party such as the plaintiff with the finality it is entitled to while permitting the receiver to proceed with making distributions pursuant to a distribution plan.

NOW, THEREFORE, it is hereby

ORDER AND ADJUDGED that all claims of Plaintiff Wells Fargo Capital Finance, Inc., against the defendants are dismissed without prejudice and without costs, disbursements, or attorney fees.

DATED  1-30-2012, 2012.

_____
Garr M. King
U.S. District Court Judge

Submitted by:
Teresa H. Pearson, OSB No. 953750
Bruce A. Rubin, OSB No. 763185
MILLER NASH LLP
    Attorneys for Plaintiff